No. 97–5456. SCHWARZ *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., *ante,* p. 895;

No. 97–5662. EDMONDS *v.* UNITED STATES, *ante,* p. 902; and

No. 97–5883. LANGWORTHY *v.* GOICOCHEA, *ante,* p. 924. Petitions for rehearing denied.

## NOVEMBER 13, 1997

No. 97–6726 (A–365). IN RE MU'MIN. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus and petition for writ to preserve jurisdiction denied.

No. 97–6612 (A–346). MU'MIN *v.* PRUETT, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

## NOVEMBER 14, 1997

No. 97–282. FARAGHER *v.* CITY OF BOCA RATON. C. A. 11th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 29, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, January 28, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 18, 1998. This Court's Rule 29.2 does not apply.

No. 97–288. LEWIS ET VIR, INDIVIDUALLY, AS PARENTS, AS NEXT FRIENDS, AND AS ADMINISTRATORS OF THE ESTATE OF LEWIS, DECEASED *v.* BRUNSWICK CORP. C. A. 11th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 29, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m.,